MAY 28, 1991

No. 90–1352. MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS (MABA) ET AL. *v.* TEXAS ET AL. Appeal from D. C. W. D. Tex. dismissed for want of jurisdiction. JUSTICE BLACKMUN and JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. — — ——. TRAYLOR *v.* BEHRENS ET AL. Motion of respondents for an order to direct the Clerk to refuse to file a petition for writ of certiorari directed to the United States Court of Appeals for the Eleventh Circuit, case No. 88–5242, granted.

No. A–818 (90–1600). ALABAMA *v.* YELDER. Sup. Ct. Ala. Application for stay, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. D–959. IN RE DISBARMENT OF BRAXTON. Disbarment entered. [For earlier order herein, see 498 U. S. 1020.]

No. D–1001. IN RE DISBARMENT OF TRACY. It is ordered that Joseph A. Tracy, of Scarborough, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 89–1290. FREEMAN ET AL. *v.* PITTS ET AL. C. A. 11th Cir. [Certiorari granted, 498 U. S. 1081.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 90–681. HAFER *v.* MELO ET AL. C. A. 3d Cir. [Certiorari granted, 498 U. S. 1118.] Motion of American Civil Liberties Union et al. for leave to file a brief as *amici curiae* granted.

No. 90–7381. BLAIR *v.* ARMONTROUT, WARDEN. C. A. 8th Cir. Motion of petitioner for leave to amend petition for writ of certiorari granted. Motion of petitioner to strike Attorney General's brief in opposition denied.

No. 90–7594. IN RE WILEY. Petition for writ of mandamus denied.